No. 04–6140. HARRISON v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6146. PEREZ v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6149. BURNETT v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6150. PIPER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–6151. FRANCOIS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–6153. WILSON v. TAYLOR. C. A. 5th Cir. Certiorari denied.

No. 04–6157. PRATT v. BELOM ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6161. CANO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 04–6162. CANDELARIA v. UTAH. Ct. App. Utah. Certiorari denied.

No. 04–6163. BRANDON v. GOOD, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6172. WALKER v. VAUGHN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6175. SMITH v. BRUCE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6177. MACK v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–6184. GRIFFIN ET UX. v. TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES. Ct. App. Tex., 5th Dist. Certiorari denied.